## Commonwealth *v.* Monismith, Appellant.

Submitted December 7, 1970. *James R. Humer,* Public Defender, for appellant; *E. Robert Elicker, II,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Monroe, Appellant.

Argued December 8, 1970. *Lawrence Corson,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *Joseph D. Grano,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.